## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**LAWRENCE MITCHELL PARKIN,**

  **Plaintiff,**

v.                                                          Case No.  **8:22-cv-2265-WFJ-JSS**

**KURT HOFFMAN, K. SHOPE and**
**KEVIN KUCHAR,**

  **Defendants.**

_____/

### ORDER

THIS CAUSE comes before the Court on Plaintiff Lawrence Mitchell Parkin's motion to voluntarily dismiss this case. (Doc. 3).

Upon consideration, the motion is **GRANTED** to the extent that this action is **DISMISSED WITHOUT PREJUDICE** under Rule 41(a)(1)(A), Fed. R. Civ. P. The Clerk is directed to terminate any pending motions and **CLOSE** this case.[1]

**DONE** and **ORDERED** in Tampa, Florida on December 1, 2022.

WILLIAM F. JUNG
**UNITED STATES DISTRICT JUDGE**

_____

[1] Plaintiff is cautioned that, while the dismissal is voluntary and without prejudice, a dismissal without prejudice does not toll any applicable statute of limitations. *See, e.g.*, *Foudy v. Indian River Cty. Sheriff's Off.*, 845 F.3d 1117, 1126 (11th Cir. 2017).